Xiu Jian Sun, Appellant, v Wuhua Jing, M.D., Ph.D., et al., Respondents.

Decided April 28, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).